IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Manufacturers Representatives Inc, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:2cv749 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| Internal Revenue Service, : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on November 29, 2012 (Doc. 8), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired December 17, 2012, hereby ADOPTS said Report and Recommendation.

Accordingly, Mr. Carota's motion to allow *pro se* representation is **DENIED** (Doc. 6). This case is **DISMISSED** for failure to secure counsel on behalf of the plaintiff.

IT IS SO ORDERED.

                                                                ___s/Susan J. Dlott_____
                                                                Chief Judge Susan J. Dlott
                                                               United States District Court